**Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004

Attorney for Defendant JORGE SANDOVAL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-11-0119 WBS |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME** |
| JORGE SANDOVAL, REBECCA GUZMAN, | |
| Defendants | |
| _____/ | |

    The parties hereby stipulate that the status conference in this case be continued from July 11, 2011, to September 26, 2011, at 8:30 a.m. The parties stipulate that the time between July 11, 2011, and September 26, 2011, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, counsel for defendants needs additional time to review the discovery and investigate the case. Therefore the parties have stipulated to continue the status conference in this case. The parties stipulate and agree that the interests of justice served by granting this

continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A).

                                      Respectfully submitted

                                      LAW OFFICES OF TIM A. PORI

Date: July 8, 2011                       /s/   Tim A. Pori
                                      TIM A. PORI
                                      Attorney for Defendant JORGE SANDOVAL

                                      McALLISTER & McALLISTER

Date: July 8, 2011                       /s/ Kirk McAllister (Authorized 7/8/11)
                                      KIRK McALLISTER
                                      Attorney for Defendant REBECCA GUZMAN

Date: July 8, 2011                       /s/ Jason Hitt (Authorized 7/8/11)
                                      JASON HITT
                                      Assistant United States Attorney

**ORDER**

    IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter is continued to September 26, 2011, at 8:30 a.m. before the Honorable William Shubb.

DATED: July 8, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE