**Tim A. Pori (SBN 189270)**
**John F. Baumgardner (SBN 275674)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7528

Attorneys for Defendant JORGE SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00119-04 WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER TO EXCLUDE TIME** |
| JORGE SANDOVAL, | |
| Defendant. | |
| _____/ | |

    The parties hereby stipulate that the status conference in this case be continued from Monday, June 3, 2013, at 9:30 a.m. to Monday, July 15, 2013, at 9:30 a.m.  The parties stipulate that the time between June 3, 2013, and July 15, 2013, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Moreover, the parties continue to engage in discussions about a possible resolution that could benefit the defendant by significantly reducing his possible sentencing exposure in this case.  For these reasons, the defendant agrees that a continuance .  Therefore the parties have stipulated to continue the status conference in this case.  The

1

Case 2:11-cr-00119-WBS   Document 149   Filed 05/31/13   Page 2 of 2

1  parties stipulate and agree that the interests of justice served by granting this continuance
2  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
3  3161 (h)(7)(A).
4         The parties further request that this matter be taken off the June 3, 2013 calendar
5  before Judge William B. Shubb and be rescheduled for July 15, 2013, at 9:30 a.m. before
6  Judge Shubb.

                                        Respectfully submitted

                                        LAW OFFICES OF TIM A. PORI

Date: May 30, 2013                      /s/ Tim A. Pori
                                        TIM A. PORI
                                        Attorney for Defendant JORGE SANDOVAL

Date: May 30, 2013                      /s/ Jason Hitt (Authorized 5/30/2013)
                                        JASON HITT
                                        Assistant United States Attorney

**ORDER**

   IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter is continued to July 15, 2013, at 9:30 a.m. before the Honorable William B. Shubb and that the time between June 3, 2013, and July 15, 2013, be excluded from the calculation of time under the Speedy Trial Act.

DATED:  May 31, 2013

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE