**Tim A. Pori (SBN 189270)**
**John F. Baumgardner (SBN 275674)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA  94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7528

Attorneys for Defendant JORGE SANDOVAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00119-04 WBS |
| Plaintiff, | |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME |
| JORGE SANDOVAL, | |
| Defendant. | |

The parties hereby stipulate that the status conference in this case be continued from Monday, July 15, 2013, at 9:30 a.m. to Monday, August 12, 2013, at 9:30 a.m.  The parties stipulate that the time between July 15, 2013, and August 12, 2013, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Moreover, the parties continue to engage in discussions about a possible resolution that could benefit the defendant by significantly reducing his possible sentencing exposure in this case.  For these reasons, the defendant agrees that a continuance .  Therefore the parties have stipulated to continue the status conference in this case.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

1  3161 (h)(7)(A).

2       The parties further request that this matter be taken off the July 15, 2013 calendar
3  before Judge William B. Shubb and be rescheduled for August 12, 2013, at 9:30 a.m.
4  before Judge Shubb.

5                                        Respectfully submitted

6                                        LAW OFFICES OF TIM A. PORI

7
   Date: July 12, 2013                   /s/ Tim A. Pori
8                                        TIM A. PORI
                                         Attorney for Defendant JORGE SANDOVAL
9

10 Date: July 12, 2013                   /s/ Jason Hitt (Authorized 6/12/2013)
                                         JASON HITT
11                                       Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter is continued to August 12, 2013, at 9:30 a.m. before the Honorable William B. Shubb and that the time between July 15, 2013, and August 12, 2013, be excluded from the calculation of time under the Speedy Trial Act.

Dated:  July 12, 2013

                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE

2