Tim A. Pori (SBN 189270)
John F. Baumgardner (SBN 275674)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA  94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7528

Attorneys for Defendant JORGE SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-cr-00119 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| vs. ) | ORDER TO EXCLUDE TIME |
| ) | |
| JORGE SANDOVAL, ) | |
| ) | |
| Defendants. ) | |

The parties hereby stipulate that the status conference in this case be continued from Monday, February 3, 2014, at 9:30 a.m. to Monday, March 24, 2014, at 9:30 a.m.  The parties stipulate that the time between February 3, 2014, and March 24, 2014, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Moreover, the parties continue to engage in discussions about a possible resolution that could benefit the defendant by significantly reducing his possible sentencing exposure in this case.  For these reasons, the

1

defendant agrees that a continuance. Therefore the parties have stipulated to continue the status conference in this case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A).

The parties further request that this matter be taken off the February 3, 2014 calendar before Judge William B. Shubb and be rescheduled for March 24, 2014, at 9:30 a.m. before Judge Shubb.

Respectfully submitted

LAW OFFICES OF TIM A. PORI

Date: January 30, 2014  /s/ Tim A. Pori_____
TIM A. PORI
Attorney for Defendant SANDOVAL

Date: January 30, 2014  /s/ Jason Hitt (Authorized 1/30/2014)
JASON HITT
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter is continued to March 24, 2014, at 9:30 a.m. before the Honorable William B. Shubb and that the time between February 3, 2014, and March 24, 2014, be excluded from the calculation of time under the Speedy Trial Act.

Dated:  January 31, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE