Tim A. Pori (SBN 189270)
John F. Baumgardner (SBN 275674)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7528

Attorneys for Defendant JORGE SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 2:11-cr-00119-04 WBS |
| )<br>Plaintiff,   ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| vs.   ) | ORDER TO EXCLUDE TIME |
| ) | |
| JORGE SANDOVAL,   ) | |
| ) | |
| Defendant.   ) | |
| _____/ | |

The parties hereby stipulate that the status conference in this case be continued from

Monday September 15, 2014, at 9:30 a.m. to Monday, October 20, 2014, at 9:30 a.m.  The

parties stipulate that the time between September 15, 2014, and October 20, 2014, should be

excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the

ends of justice are served by the Court excluding such time, so that counsel for the defendant

may have reasonable time necessary for effective preparation, taking into account the exercise of

due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Moreover, the parties

continue to engage in discussions about a possible resolution that could benefit the defendant by

significantly reducing his possible sentencing exposure in this case.  For these reasons, the

1

defendant agrees that a continuance. Therefore the parties have stipulated to continue the status conference in this case.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).

The parties further request that this matter be taken off the September 15, 2014 calendar before Judge William B. Shubb and be rescheduled for October 20, 2014, at 9:30 a.m. before Judge Shubb.

Respectfully submitted

LAW OFFICES OF TIM A. PORI

Date: September 11, 2014          /s/ Tim A. Pori_____
                                 TIM A. PORI
                                 Attorney for Defendant SANDOVAL


Date: September 11, 2014          /s/ Jason Hitt (Authorized 9/11/2014)
                                 JASON HITT
                                 Assistant United States Attorney


## ORDER

IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter is continued to October 20, 2014, at 9:30 a.m. before the Honorable William B. Shubb and that the time between September 15, 2014, and October 20, 2014, be excluded from the calculation of time under the Speedy Trial Act.

Dated:  September 11, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE