```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7
```

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No. 2:11-cr-0119 WBS |
| 12                    Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING THE STATUS CONFERENCE AND EXCLUDING TIME |
| 13             v. | |
| 14  JORGE SANDOVAL, | |
| 15                    Defendant. | |

16

17    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt,

18 and defendant Jorge SANDOVAL, by and through his counsel Tim Pori, Esq., stipulate and agree that

19 the existing status conference date of December 1, 2014, should be vacated.  The parties further stipulate

20 and agree that a status conference and possible change of plea should be set for January 26, 2015, at

21 9:30 a.m.

22    The parties believe a continuance of the status conference will save judicial resources by

23 eliminating an unnecessary status conference because the parties have negotiated a global resolution of

24 the defendant's exposure in this case and an unrelated criminal matter in San Francisco County Superior

25 Court.  The parties, however, need additional time to review the discovery from both cases, discuss the

26 details of the District Attorney's offer, and finalize the terms of the proposed global resolution.

27    The parties further stipulate and agree that the ends of justice outweigh the interest of the

28 defendant and the public in a speedy trial because the additional time will permit the defense to

STIPULATION AND [PROPOSED] ORDER                    1

effectively evaluate the posture of the case and prepare compare the discovery provided in both state and federal jurisdictions to the proposed global resolution being offered.  Accordingly, the parties stipulate and agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.  In addition, the defendant concurs in the Court's earlier finding that this matter is "complex" within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2) because of the voluminous discovery, including three Title III wiretaps, the complexity and nature of the underlying conspiracy theory involving both gang and drug trafficking activities, and the intertwined related case involving many convicted defendants in <u>United States v. Diaz, et al.</u>, Case No. 2:07-cr-0248 WBS.  The parties therefore stipulate that time between December 1, 2014, and January 26, 2015, should be excluded from the Speedy Trial Act based upon the complexity of this case under 18 U.S.C. § 3161(h)(7)(B)(ii) and Local Code T2.

      IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney

Dated:  November 26, 2014          /s/ JASON HITT
JASON HITT
Assistant United States Attorney

Dated:  November 26, 2014          /s/ TIM PORI, Esq.
TIM PORI, Esq.
Counsel for Defendant SANDOVAL, authorized
to sign for Mr. Pori on November 26, 2014

# ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. The status conference in this matter is set for December 1, 2014, at 9:30 a.m. is VACATED;

2. A new status conference date is set for January 26, 2015, at 9:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from December 1, 2014, up to and including January 26, 2015. The Court further finds that this case complex and unusual because of the voluminous discovery supporting the charges, the unique form of drug conspiracy in the case, and extensive trial transcripts from the related case involving many convicted defendants in United States v. Diaz, et al., Case No. 2:07-cr-0248 WBS. Accordingly, time under the Speedy Trial Act shall be excluded through January 26, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and Local Code T2..

**IT IS SO ORDERED**.

Dated: November 26, 2014

_WILLIAM B. SHUBB_
UNITED STATES DISTRICT JUDGE