BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:11-cr-0119-04 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING THE STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| JORGE SANDOVAL, | |
| Defendant. | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Jorge SANDOVAL, by and through his counsel Tim Pori, Esq., stipulate and agree that the existing status conference date of March 9, 2015, should be vacated. The parties further stipulate and agree that a status conference and possible change of plea should be set for April 27, 2015, at 9:30 a.m.

The parties believe a continuance of the status conference will save judicial resources by eliminating an unnecessary status conference because the parties have negotiated a global resolution of the defendant's exposure in this case and an unrelated criminal matter in San Francisco County Superior Court. The parties, however, need additional time to prepare the defendant for change of plea and the United States needs additional time to prepare the transportation of the defendant from a secure facility to the courthouse. Because of significant security risks to the defendant, he is housed at great distance from Sacramento and is under tightly-monitored security.

STIPULATION AND [PROPOSED] ORDER          1

The parties further stipulate and agree that the ends of justice outweigh the interest of the defendant and the public in a speedy trial because the additional time will permit the defense to effectively prepare the defendant for his change of plea hearing and allow the government to arrange logistically-complex transportation of the defendant from his security facility to the courthouse. Accordingly, the parties stipulate and agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.  In addition, the defendant concurs in the Court's earlier finding that this matter is "complex" within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2) because of the voluminous discovery, including three Title III wiretaps, the complexity and nature of the underlying conspiracy theory involving both gang and drug trafficking activities, and the intertwined related case involving many convicted defendants in <u>United States v. Diaz, et al.</u>, Case No. 2:07-cr-0248 WBS.  The parties therefore stipulate that time between March 9, 2015, and April 27, 2015, should be excluded from the Speedy Trial Act based upon the complexity of this case under 18 U.S.C. § 3161(h)(7)(B)(ii) and Local Code T2.

IT IS SO STIPULATED.

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

Dated:  March 6, 2015                        /s/ JASON HITT
                                                    JASON HITT
                                                    Assistant United States Attorney

Dated:  March 6, 2015                        /s/ TIM PORI, Esq.
                                                    TIM PORI, Esq.
                                                    Counsel for Defendant SANDOVAL, authorized
                                                    to sign for Mr. Pori on March 6, 2015

**ORDER**

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. The status conference in this matter is set for March 9, 2015, at 9:30 a.m. is VACATED;

2. A new status conference date and change of plea hearing is set for April 27, 2015, at 9:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from March 9, 2015, up to and including April 27, 2015. The Court further finds that this case complex and unusual because of the voluminous discovery supporting the charges, the unique form of drug conspiracy in the case, and extensive trial transcripts from the related case involving many convicted defendants in <u>United States v. Diaz, et al.</u>, Case No. 2:07-cr-0248 WBS. Accordingly, time under the Speedy Trial Act shall be excluded through April 27, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and Local Code T2.

**IT IS SO ORDERED**.

Dated: March 6, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE