Tim A. Pori (SBN 189270)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7528

Attorneys for Defendant JORGE SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | Case No. 2:11-cr-00119-04 WBS |
| Plaintiff,       ) | |
| ) | STIPULATION AND [PROPOSED] |
| vs.       ) | ORDER TO CONTINUE THE |
| ) | SENTENCING HEARING |
| JORGE SANDOVAL,       ) | |
| ) | |
| Defendants.       ) | |
| _____/ | |

The parties hereby stipulate that the sentencing in this case be continued from Monday September 28, 2015, at 9:30 a.m. until November 23, 2015.

For these reasons, the defendant agrees to a continuance. Therefore the parties have stipulated to continue the sentencing hearing in this case.

                                                  Respectfully submitted

                                                  LAW OFFICES OF TIM A. PORI

Date: September 18, 2015                      /s/ Tim A. Pori_____
                                                  TIM A. PORI
                                                  Attorney for Defendant SANDOVAL

Date: September 18, 2015                    /s/ Jason Hitt
                                            JASON HITT
                                            Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter is continued until November 23, 2015 at 9:30 a.m.

Dated:  September 18, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE