Tim A. Pori (SBN 189270)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7528

Attorneys for Defendant JORGE SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | Case No. 2:11-cr-00119 WBS |
| Plaintiff,       ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| vs.                                               ) | ORDER TO CONTINUE THE |
| ) | SENTENCING HEARING |
| JORGE SANDOVAL,                              ) | |
| ) | |
| Defendants.     ) | |
| _____/ | |

The parties hereby stipulate that the sentencing in this case be continued from Monday November 23, 2015, at 9:30 a.m. until March 21, 2016 at 9:00a.m.

For these reasons, the defendant agrees to a continuance. Therefore the parties have stipulated to continue the sentencing hearing in this case.

                                           Respectfully submitted

                                           LAW OFFICES OF TIM A. PORI

Date: November 5, 2015                  /s/ Tim A. Pori_____
                                           TIM A. PORI
                                           Attorney for Defendant SANDOVAL

Date: November 5, 2015                    /s/ Jason Hitt
                                          JASON HITT
                                          Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the Sentencing hearing in the above-entitled matter is continued until March 21, 2016 at 9:00 a.m.

Dated: November 10, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE