Tim A. Pori (SBN 189270)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7528

Attorneys for Defendant JORGE SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>                  Plaintiff, )<br>)<br>     vs. )<br>)<br>)<br>JORGE SANDOVAL, )<br>)<br>                  Defendants. )<br>_____/ | Case No. 2:11-cr-00119-04 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE SENTENCING HEARING |

   The parties hereby stipulate that the sentencing in this case be continued from Monday March 21, 2016, at 9:00 a.m. until April 25, 2016 at 9:00a.m.

   For these reasons, the defendant agrees to a continuance. Therefore the parties have stipulated to continue the sentencing hearing in this case.

                                        Respectfully submitted

                                        LAW OFFICES OF TIM A. PORI

Date: March 14, 2016             /s/ Tim A. Pori_____
                                        TIM A. PORI
                                        Attorney for Defendant SANDOVAL

1

Date: March 14, 2016                    /s/ Jason Hitt
                                              JASON HITT
                                              Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the Sentencing hearing in the above-entitled matter is continued until April 25, 2016 at 9:00 a.m.

Dated: March 16, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2