BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:11-cr-0119 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING THE SENTENCING OF DEFENDANT JORGE SANDOVAL |
| v. | |
| JORGE SANDOVAL, | |
| Defendant. | |

   Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Jorge SANDOVAL, by and through his counsel Tim Pori, Esq., stipulate and agree that the existing sentencing date of April 25, 2016, should be vacated and continued to May 23, 2016, at 9:00 a.m.

   The parties request this continuance because Mr. Pori is unavailable for sentencing on April 25, 2016, because he is involved an ongoing state criminal trial. Defense counsel did not anticipate that the trial would still be underway by April 25, 2016, but unanticipated delays have slowed the pace of that state trial.

STIPULATION AND [PROPOSED] ORDER              1

In addition, the parties will use the additional time to prepare sentencing materials to assist the Court in determining the appropriate sentence in this case.

IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney

Dated:  April 20, 2016                 /s/ JASON HITT
JASON HITT
Assistant United States Attorney


Dated:  April 20, 2016                 /s/ TIM PORI, Esq.
TIM PORI, Esq.
Counsel for Defendant SANDOVAL, authorized to sign for Mr. Pori on April 20, 2016

**ORDER**

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

    1.    The sentencing for defendant Jorge SANDOVAL on April 25, 2016, at 9:00 a.m. is VACATED; and

    2.    Sentencing for this defendant is set for May 23, 2016, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: April 20, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE