IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JORGE SANDOVAL,<br><br>               Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 2:11-CR-0119 WBS<br><br>ORDER SEALING GOVERNMENT'S RULE 35 SENTENCING MOTION AND REQUEST TO SEAL |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the government's sentencing motion pursuant to Rule 35 of the Federal Rules of Criminal Procedure on behalf of defendant Jorge SANDOVAL and the Government's Request to Seal shall be SEALED until further order of this Court.

Dated: January 29, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE