IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE SANDOVAL,<br><br>Defendant. | CASE NO. 2:11-CR-119-04 WBS<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR A REDUCED SENTENCE PURSUANT TO RULE 35(B)(2) |

The Court has read and considered the sealed Government Motion for a Reduced Sentence Pursuant to Rule 35(b)(2)(C) of the Federal Rules of Criminal Procedure on behalf of defendant Jorge Sandoval. Good cause appearing in the motion, the motion is hereby GRANTED, and defendant Jorge Sandoval's sentence is ORDERED reduced from a term of time served, effective February 5, 2024, based upon his substantial assistance to the United States after his sentencing in this case.

The Probation Office shall prepare and submit a proposed Amended Judgment to effectuate this Order.

IT IS SO ORDERED.

Dated: February 1, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE