UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

Plaintiff,

v.

JORGE LUIS SANDOVAL,

Defendant.

No. 2:11-CR-00119 WBS JDP

ORDER

----oo0oo----

Defendant Sandoval's Motion for Early Termination of Supervised Release (Docket No. 427) is referred to the Probation Officer for recommendation.

Dated: September 10, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE